SWAIN *v.* SCHANNEN, JUDGE, ALLEN CIRCUIT COURT.

MOSS ET AL. *v.* REEVES, JUDGE OF VANDERBURGH CIRCUIT COURT.

[Nos. 0-362 and 0-364. Filed March 2, 1954.]

*Harold Robert Swain, pro se.*

*Kelly Moss, pro se.*

Per Curiam—Each petition seeks an alternative writ of mandamus. Each petition is defective for failure to prosecute the action in the name of the State of Indiana, and for failure to comply with Rule 2-35 as to certified copies of the "pleadings, orders and entries" in the trial court.

Each petition is denied.

Note.—Reported in 117 N. E. 2d 643.